BERTHA F. EARL, on Behalf of Herself and Other Stockholders of STANDARD FURNITURE COMPANY et al., Appellants and Respondents, v. SHELDON M. BREWER et al., Individually and as Directors of STANDARD FURNITURE COMPANY et al., Respondents and Appellants.

Argued March 11, 1937; decided April 20, 1937.

*Gay H. Brown* and *Ernest P. Felt* for plaintiffs, appellants and respondents.

*James F. Hubbell* for Sheldon M. Brewer et al., defendants, respondents and appellants.

*Thayer Burgess* for Irving G. Will, defendant, respondent and appellant.

Judgment affirmed, with costs. Appeal from order dismissed, with costs, on ground it is not a final order. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, J.